**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
JOEL POLANCO,
:
:
                     Plaintiff,   :   16-CV-9532 (CM) (OTW)
:
       -against-   :   **ORDER**
:
ANDREW M. SAUL,
:
:
                    Defendant.
:
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court issued two separate Orders requiring Plaintiff's counsel to file a supplemental submission. (ECF 24; ECF 25). To date, none has been filed. Accordingly, the Court will hold a Status Conference in this matter on **Wednesday, March 25, 2020 at 11:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

     **SO ORDERED.**

                                                                         *s/ Ona T. Wang*
Dated: February 10, 2020                                         **Ona T. Wang**
       New York, New York                          United States Magistrate Judge